IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.M., by and through his parents, | : | |
| Michael C. and Danielle C., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | No. 21-4266 |
| v. | : | |
| | : | |
| CHICHESTER SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 24th day of March, 2022, it is **ORDERED** that S.M.'s Motion for a Preliminary Injunction (ECF No. 10) is **GRANTED.** It is further **ORDERED** that Defendant Chichester School District's Motion to Dismiss Plaintiff's Complaint (ECF No. 4) is **DENIED.**

Chichester School District is **ORDERED** to make all necessary referrals for residential educational placement for purposes of S.M.'s FAPE, in full consultation with parents; make all necessary arrangements to secure such placement and authorize the necessary funding; and plan for and execute a reasonable and appropriate plan for transitioning S.M. from the RTF where he currently resides, to the residential educational placement the parties mutually select, as soon as practicably possible.

                                                  ___s/ANITA B. BRODY, J._____
                                                  ANITA B. BRODY, J.