IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.M., by and through his parents, Michael C. and Danielle C., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | No. 21-4266 |
| v. | : | |
| | : | |
| CHICHESTER SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 14th day of June, 2022, it is **ORDERED** that Defendant Chichester School District's Motion for Reconsideration or, Alternatively, a Stay Pending Appeal (ECF No. 23) is **DENIED.**

In consideration of Defendant Chichester School District's Motion for Clarification (ECF No. 33) the Court **CLARIFIES** and **CONFIRMS** that its order dated March 24, 2022 is not dispositive of all legal issues.

                                                    s/ANITA B. BRODY, J.
                                                    ANITA B. BRODY, J.