IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.M., BY AND THROUGH HIS PARENTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 21-4266 |
| | : | |
| CHICHESTER SCHOOL DISTRICT, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this _____ day of August, 2025, upon consideration of Defendant's Motion for Clarification (ECF No. 173), Plaintiffs' Motion for Judgment on the Administrative Record on Count 1 (ECF No. 174), Defendant's Response to Plaintiffs' Motion for Judgment (ECF No. 175), and the parties' respective proposed final orders (ECF Nos. 183 and 184), it is **ORDERED** that:

1. Plaintiffs' Motion for Judgment on the Administrative Record on Count I (ECF No. 174) is **GRANTED**. Judgment is **ENTERED** in favor of Plaintiffs and against Defendant on Count I of the Complaint (ECF No. 1). Defendant's Motion for Clarification (ECF No. 173) is accordingly **DENIED AS MOOT**.

2. Pursuant to 20 U.S.C. § 1415(i)(2)(C)(iii), Defendant Chichester School District is **ORDERED** to fund and/or arrange for funding S.M.'s residential educational placement at the Melmark School through August 31, 2028, unless during that time (i) Plaintiffs ask Chichester for a different placement, program, or school; or (ii) Melmark notifies the parties its residential educational program can no longer meet S.M.'s educational needs.

3. Per Plaintiffs' request and Federal Rule of Civil Procedure 41(a)(2), Counts II through VI of the Complaint (ECF No. 1) are **DISMISSED**. *See* Plaintiffs' Proposed Final Order 2, ECF No. 184.

4. Absent an agreement on the subject between the parties, Plaintiffs are **ORDERED** to file their motion for attorneys' fees and costs, if any, by September 9, 2025, with Defendant's response due by September 23, 2025.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.